IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————

No. 97-30752
Conference Calendar

—————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALLEN JERRY FIELDS, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-512
- - - - - - - - - -
April 8, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:*

Allen Jerry Fields, Jr., federal prisoner #08388-035,
appeals from the district court's dismissal of his 28 U.S.C.
§ 2255 motion to vacate, set aside, or correct sentence.  Fields
contends that the district court erred in dismissing his § 2255
motion as barred by the one-year statute of limitations set forth
in § 2255.  Because Fields filed his § 2255 motion on March 10,
1997, or within a year of the effective date of the Antiterrorism
and Effective Death Penalty Act, Fields' § 2255 motion was not
time-barred.  United States v. Flores, 135 F.3d 1000, 1004-06

_____

   * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(5th Cir. 1998).  The district court's judgment dismissing Fields' § 2255 motion on statute-of-limitations grounds is VACATED and the case is REMANDED for further proceedings.